# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/16/2005 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:** CV 04-00739ACK-BMK

**CASE NAME:** Homestreet Bank vs. Peter Heinen

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:** 12/16/2005                      **TIME:**

                                          **ROOM:**

---

**COURT ACTION:** EO

Continued : [Rule 16 Scheduling Conference] from 12/16/2005 09:00:00 AM to 05/08/2006 09:00:00 AM before BMK at the request of the parties.

Submitted by: Richlyn Young, Courtroom Manager