ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON            1126-0
TINA L. COLMAN         8321-1
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:   palston@ahfi.com
          tcolman@ahfi.com

Attorneys for Plaintiff
HOMESTREET BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HOMESTREET BANK,<br><br>         Plaintiff,<br><br>   vs.<br><br>PETER HEINEN,<br><br>         Defendant,<br><br>   and<br><br>WELLS FARGO HOME MORTGAGE, LLC,<br><br>         Garnishee. | CIVIL NO. CV 04-00739 ACK BMK<br><br>**RELEASE OF GARNISHEE FROM *GARNISHEE ORDER*, FILED July 28, 2005; CERTIFICATE OF SERVICE** |

**RELEASE OF GARNISHEE FROM *GARNISHEE ORDER*,
FILED JULY 28, 2005**

Plaintiff and Garnishor HOMESTREET BANK, by and through its counsel, Alston Hunt Floyd and Ing, hereby releases and discharges Garnishee WELLS FARGO HOME MORTGAGE, LLC from the

617562/7650-1

*Garnishee Summons* issued by the Court on May 12, 2005 and the *Garnishee Order*, filed July 28, 2005.

Dated: Honolulu, Hawai`i, June 27, 2006.

/s/ Tina L. Colman
PAUL ALSTON
TINA L. COLMAN
Attorneys for Plaintiff
HOMESTREET BANK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by facsimile, hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai`i, as indicated and addressed as set forth below:

|  | FAXED | HAND DELIVERED | MAILED |
|---|---|---|---|
| BIRNEY B. BERVAR, ESQ.<br>WARD D. JONES, ESQ.<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI  96813 | ( ) | (✔) | ( ) |
| **Attorneys for Defendant**<br>**PETER HEINEN** | | | |
| WELLS FARGO HOME MORTGAGE LLC<br>1357 Kapiolani Blvd., Suite 910<br>Honolulu, HI 96814 | ( ) | ( ) | (✔) |
| **GARNISHEE** | | | |

DATED:  Honolulu, Hawai`i, _June 27, 2006_.

_____
PAUL ALSTON
TINA L. COLMAN
Attorneys for Plaintiff
HOMESTREET BANK

617562/7650-1