ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON            1126-0
TINA L. COLMAN    8321-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i   96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  palston@ahfi.com

Attorneys for Plaintiff
HOMESTREET BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at ___ o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HOMESTREET BANK,<br><br>             Plaintiff,<br><br>    vs.<br><br>PETER HEINEN,<br><br>             Defendant. | CIVIL NO. CV 04-00739 ACK BMK<br><br>**PLAINTIFF HOMESTREET BANK'S CANCELLATION OF AMENDED WRIT OF ATTACHMENT; CERTIFICATE OF SERVICE** |

**PLAINTIFF HOMESTREET BANK'S CANCELLATION
OF AMENDED WRIT OF ATTACHMENT**

Plaintiff Homestreet Bank, hereby gives notice of its Cancellation of Amended Writ of Attachment filed herein on January 14, 2005.

DATED:  Honolulu, Hawai`i, June 27, 2006.

_____
PAUL ALSTON
TINA L. COLMAN
Attorneys for Plaintiff
HOMESTREET BANK

617569-1 / 7650-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by facsimile, hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai`i, as indicated and addressed as set forth below:

|  | FAXED | HAND DELIVERED | MAILED |
|---|---|---|---|
| BIRNEY B. BERVAR, ESQ.<br>WARD D. JONES, ESQ.<br>1400 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI  96813 | ( ) | ( ✔ ) | ( ) |

**Attorneys for Defendant
PETER HEINEN**

DATED:  Honolulu, Hawai`i, _June 27, 2006_.

_____
PAUL ALSTON
TINA L. COLMAN
Attorneys for Plaintiff
HOMESTREET BANK

617569-1 / 7650-1