ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON              1126-0
TINA L. COLMAN           8321-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:    palston@ahfi.com
           tcolman@ahfi.com

Attorneys for Plaintiff
HOMESTREET BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2006

at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

LODGED

JUN 29 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HOMESTREET BANK,<br><br>            Plaintiff,<br><br>    vs.<br><br>PETER HEINEN,<br><br>            Defendant. | CIVIL NO. CV 04-00739 ACK BMK<br><br>**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE, AND ORDER**<br><br>Judge: Alan C. Kay<br>Magistrate: Barry M. Kurren<br>No trial date set |

**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff HOMESTREET BANK ("Plaintiff") and Defendant PETER HEINEN ("Defendant"), through their respective counsel, that all claims asserted by Plaintiff against Defendant, and by Defendant against Plaintiff, are hereby dismissed with prejudice.  No other claims,

617563-1\7650-1

parties or issues remain in this action by and between the undersigned parties.

Each party shall bear its own costs and attorneys' fees.

DATED: Honolulu, Hawai`i, June 29, 2006.

---
PAUL ALSTON
TINA L. COLMAN
Attorneys for Plaintiff

---
BIRNEY B. BERVAR
WARD D. JONES
Attorneys for Defendant

APPROVED AND SO ORDERED:

---
JUDGE OF THE ABOVE-ENTITLED COURT

*Homestreet Bank v. Peter Heinen*, Civil No. CV 04-00739 ACK BMK, United States District Court for the District of Hawaii; **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE AND ORDER**